People v Galantter (2024 NY Slip Op 04917)

People v Galantter

2024 NY Slip Op 04917

Decided on October 08, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 08, 2024

Before: Webber, J.P., Moulton, Scarpulla, Rodriguez, Pitt-Burke, JJ. 

Ind. No. 3103/15 Appeal No. 2728 Case No. 2018-2548 

[*1]The People of the State of New York, Respondent,
v
Daniel Galantter, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Amy Donner of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Stacie Nadel of counsel), for respondent.

Order, Supreme Court, New York County (Roger S. Hayes, J.), entered on or about February 27, 2018, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court's assessment of 15 points under the risk factor for causing physical injury was supported by clear and convincing evidence. The victim's grand jury testimony describing defendant's attack on a subway platform where he grabbed her and forcefully digitally penetrated her, and her resultant pain and soreness, supports an inference of substantial pain (People v Chiddick, 8 NY3d 445, 447 [2007]; see People v Davalos, 217 AD3d 549, 550 [1st Dept 2023], lv denied 40 NY3d 904 [2023]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT. 
ENTERED: October 8, 2024